### HARANG vs. LE BRETON.

If a debtor pleads a general denial against a claim which he subsequently admits to be just, he will be sentenced to pay costs, although the judgement authorizes him to withhold payment until the plaintiff furnishe security.

APPEAL from the court of the parish and city of New Orleans.

MARTIN, J. delivered the opinion of the court. The plaintiff as tutrix of her children, sued for the payment of a sum of money due them by the defendant. She obtained judgement and he appealed.

The statement of facts, shew that, at the trial, the defendant admitted the claim, but contended that he was not bound to pay it, till the plaintiff gave surety, which was ordered by the judgement.

The defendant and appellant urges, that as the Court, by its judgement, recognised his right to withhold payment, till surety was giv-

en. he ought not to have been directed to pay costs.

This might be correct, if the answer had admitted the plaintiff's claim, and refused it only on the ground, that surety ought previous-ly to be given.  But the answer denies many of the material facts in the petition, and the ad-mission of them at the trial by the defendant, cannot save him of a suit, in which the claim was contested on the merits.  We do not, how-ever, think that damages ought to be given for the appeal.

It is therefore ordered, adjudged, and de-creed, that the judgment of the parish court be affirmed, with costs.

*Cuvillier* for the plaintiff, *Derbigny* for the defendant.